```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ROBERT MCCARTHY,              )
                              )
          Plaintiff(s),       )    No. C09-3923 BZ
                              )
     v.                       )
                              )    ORDER RE CONSENT
CHAN GON KIM dba FOSTER       )
FREEZE; SOON HEE KIMLEE,      )
dba FOSTER FREEZE; and DOES   )
1 through 10, Inclusive,      )
                              )
          Defendant(s).       )
_____)
CHAN GON KIM and SOON HEE     )
LEE,                          )
                              )
     Cross-Complainants,      )
                              )
v.                            )
                              )
EUGENE & JAN SUE SETO FAMILY  )
TRUST; EUGENE FUEY SUE,       )
Trustee; LYNN SETO; BING      )
SETO; et al.                  )
                              )
     Cross-Defendants.        )
_____)
```

Before the Court is plaintiff's motion to remand scheduled to be heard on November 4, 2009.  No party has yet consented to or declined magistrate judge jurisdiction.  **IT IS THEREFORE ORDERED** that by **October 19, 2009** each party shall

1

consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at http://www.cand.uscourts.gov. A brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California" may be found on the court's website at http://www.cand.uscourts.gov, under the section entitled "Court Information," "Magistrate Judge Profiles."  If all parties do not consent, this matter will be reassigned.

Dated: October 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY V. KIM\ORDER RE CONSENT.wpd