UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CHAN GON KIM dba FOSTER FREEZE; SOON HEE KIMLEE, dba FOSTER FREEZE; and DOES 1 through 10, Inclusive,<br><br>    Defendant(s).<br>―――――――――――――――――<br>CHAN GON KIM and SOON HEE LEE,<br>    Cross-Complainants,<br><br>  v.<br><br>EUGENE & JAN SUE SETO FAMILY TRUST; EUGENE FUEY SUE, Trustee; LYNN SETO; BING SETO; et al.<br><br>    Cross-Defendants. | No. C09-3923 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

    Before the court is plaintiff's motion to remand this matter back to state court.

    Cross-defendants, who removed this action, filed a statement of non-opposition to this motion. Defendants have

1

filed no opposition.  Good cause appearing, **IT IS THEREFORE ORDERED** as follows:

1. The motion is **GRANTED**.

2. This matter is **REMANDED** to the Alameda County Superior Court and the clerk is directed to transfer this matter to that court for further proceedings.  The hearing scheduled for November 4, 2009 is **VACATED**.

Dated: October 21, 2009

Bernard Zimmerman<br>
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY V. KIM\ORDER REMANDING CASE.wpd

2