**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 26, 2009

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612-4219

RE: CV 09-03923 BZ    ROBERT MCCARTHY-C-CHAN GON KIM-v-ROBERT MCCARTHY-C-CHAN GON KIM
     Your Case Number: (RG09-433643)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔)    Certified copies of docket entries
- (✔)    Certified copies of Remand Order
- (  )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg